**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**MISSION RUBBER COMPANY, INC., Respondent.**

**No. 73–1703.**

United States Court of Appeals, Ninth Circuit.

June 19, 1974.

A. Bashir (argued), Wilford W. Johansen, Director, Region 21, N.L.R.B., Los Angeles, Cal., Elliott Moore, Acting Asst. Gen. Counsel, N.L.R.B., Washington, D. C., for petitioner.

A. Patrick Nagel (argued), Stephen C. Drummy, of Nagel, Regan & Davidson, Newport Beach, Cal., for respondent.

Before DUNIWAY and GOODWIN, Circuit Judges, and SKOPIL,* District Judge.

## OPINION

PER CURIAM:

The petitioning Board's decision and order are published at 202 N.L.R.B. No. 17, 82 L.R.R.M. 1801 (1973). The Board's findings that Mission Rubber violated sections 8(a)(1) and 8(a)(3) of the National Labor Relations Act, 29 U.S.C. §§ 158(a)(1) and 158(a)(3), are supported by substantial evidence. *See* NLRB v. Miller Redwood Co., 407 F.2d 1366 (9th Cir. 1969). Accordingly, the Board's order will be enforced.